LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY GOLDSMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>　　　　　Defendants. | CASE NO. C 06 0570 JL<br><br>Before the Honorable James Larson<br><br>[~~PROPOSED~~] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:　May 3, 2006<br>Conference Time:　10:30 a.m.<br>Location:　Courtroom F, 15th Floor<br>　　　　　　　　San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 3, 2006 Case Management Conference ("CMC") to __August 2, 2006__, at __10:30 a.m.__. In the event the case is not transferred a part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation,* for enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: __April 26, 2006__

_____
Hon. [signature: James Larson]
United States Magistrate Judge
Judge James Larson

I:\4500.ZYPREXA\Client Folders\Goldsmith, S.47884\Complaint\CMC.PROPOSED.ORDER.doc

- 3 -

[PROPOSED] ORDER