1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    SHIRLEY GOLDSMITH,                          No. C 06-0570 SI

9              Plaintiff,                        **ORDER DENYING MOTION FOR
                                                 ADMINISTRATIVE RELIEF (DOCKET**
10      v.                                       **ENTRY 14)**

11   ASTRAZENECA PHARMACEUTICALS, L.P.,
     et al.,
12
               Defendants.
13   _____/

14

15        It appears that an order transferring this action to the Middle District of Florida for coordinated

16   pretrial proceedings pursuant to 28 U.S.C. § 1407 was filed in the Middle District of Florida on July 10,

17   2006.   Accordingly, plaintiff's motion for administrative relief is DENIED without prejudice to

18   consideration by the judge presiding over the coordinated MDL proceedings.

19

20        **IT IS SO ORDERED.**

21

22   Dated: July 21, 2006

23                                               _____
                                                 SUSAN ILLSTON
24                                               United States District Judge

25

26

27

28

**United States District Court**
For the Northern District of California